SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Mol, et al<br><br>          Defendants | ) Case No.**2:09-cv-03615-JAM-EFB**<br>)<br>) **PLAINTIFF'S REQUEST AND**<br>) **PROPOSED ORDER RE: LEAVE OF**<br>) **COURT FOR PLAINTIFF TO FILE**<br>) **FIRST AMENDED COMPLAINT RE:**<br>) **REQUEST FOR 120 DAYS TO SERVE**<br>) **DEFENDANTS WITH FIRST AMENDED**<br>) **COMPLAINT**<br>)<br>)<br>) |

    Plaintiff, Scott N. Johnson, hereby requests a leave
of Court for the purpose of filing a First Amended
Complaint which will include a change in architectural
barriers requiring injunctive relief/actual and foregone
visits.  Plaintiff, Scott N. Johnson, hereby, requests for
leave of court to perform service of process of First
Amended Complaint on Defendants. Currently, none of the

PLAINTIFF'S REQUEST AND PROPOSED ORDER RE: LEAVE OF COURT FOR PLAINTIFF TO FILE

FIRST AMENDED COMPLAINT

CIV: 2:09-cv-03615-JAM-EFB - 1

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendants have filed a responsive pleading to the original

2  Complaint and all Defendants are in Default; therefore, no

3  Defendants would be prejudiced.

4

5  Dated:  September 15, 2010

6

7                              DISABLED ACCESS PREVENTS INJURY, INC.

8

9                              /s/Scott N. Johnson _____

10                             Scott N. Johnson,

11                             Attorney for Plaintiff

12

13

14

15                                 **ORDER**

16  IT IS HEREBY ORDERED THAT Plaintiff may file a First

17  Amended Complaint by October 15, 2010. An additional 120

18  days from the filing of the First Amended Complaint to

19  perform service of process on Defendants is granted.

20  Date: September 16, 2010

21

22                             /s/ John A. Mendez_____
                               Judge of the United States
23                             District Court

24

25

26

27

28  PLAINTIFF'S REQUEST AND PROPOSED ORDER RE: LEAVE OF COURT FOR PLAINTIFF TO FILE

    FIRST AMENDED COMPLAINT

    CIV: 2:09-cv-03615-JAM-EFB - 2

PDF created with pdfFactory trial version www.pdffactory.com