UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**SCOTT N. JOHNSON**

  v.

**TRENTON MOL, et al.**

_____

DEFAULT JUDGMENT

Case No. 2:09-cv-3615 JAM EFB

  **IT IS ORDERED AND ADJUDGED** default judgment in the amount of $12,000 is hereby ENTERED against defendants:

    **Trenton D. Mol;**
    **Claudette M. Averill**

December 15, 2011

              VICTORIA C. MINOR, CLERK

              By: */s/D. Waggoner*_____
              D. Waggoner, Deputy Clerk